Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 10-cr-10314-GAO |
| ) | |
| TERRY L. SHULL ) | |

## WAIVER OF INDICTMENT

I, Terry L. Shull, the above-named defendant, who is accused of one count of securities fraud in violation of 15 U.S.C. §§ 78j(b) & 78ff(a), being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on 10/26/2010 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer
USDJ
10/26/10